# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

YASMANI NOEL MORENO DE ARMAS,

      Petitioner,

    v.                              Case No. 2:26-cv-00771 KWR-GBW

WARDEN, *Torrance County Detention Center*,
MARY DE ANDA-YBARRA, *El Paso Field Office*
*Director for Detention and Removal,*
*U.S. Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department*
*of Homeland Security*,

      Respondents.

## JUDGMENT

Consistent with the Order entered concurrently herewith, the Petition is denied without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Petition is denied without prejudice.

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE